

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2016

No. 04-15-00712-CV

Sergio **ALANIS**, Sr. and Maria Guadalupe Alanis,
Appellants

v.

Ana Lisa **GARZA**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-00-328
Honorable Federico Hinojosa, Judge Presiding

# O R D E R

Appellants' motion for extension of time to file reply brief is hereby GRANTED. Time is extended to August 30, 2016.

It is so **ORDERED** on August 16, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court